■ DEBRA FIELDS, Individually and as Parent and Natural Guardian of ULLETTE FIELDS, et al., Respondents, v GREEN BUS LINES, INC., Defendant, and DANIEL RIZZO, JR., Appellant.

Special Term properly denied the appellant's motion for summary judgment dismissing the complaint as against him on the ground that the infant plaintiff had not sustained a "serious injury" within the meaning of Insurance Law former § 671 (4) (now § 5102 [d]).

The medical report of the infant plaintiff's treating physician found, *inter alia,* "severe tenderness over the [right] iliac crest" and diagnosed her injuries as "multiple traumas including the [right] pelvis and [right] knee".

Further, in an examination one year after the accident, while the defendant Green Bus Lines, Inc.'s physician concluded that the infant plaintiff had "[n]o current orthopedic diagnosis or disability", and remarked that the patient had "innumerable complaints which are not replicable", he nevertheless identified a significant limitation of movement of the thoracolumbar spine. Whether this limitation of movement is voluntary or the result of a medical condition causally connected with the injuries sustained in the accident cannot be ascertained without further medical explanation or clarification of the latter physician's medical report *(see, Mulhauser v Wood,* 107 AD2d 1019; *cf. Scollo v Martin,* 112 AD2d 762). Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.